C. A. No. 76-21. STATE v. ROBERT G. COLE. The defendant's motion that he be injected with so-called truth serum is denied. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *Hodosh, Spinella, Hodosh & Angelone, Gerard McGovern DeCelles*, for defendant.

C. A. No. 76-33. STATE v. RICHARD ST. PIERRE. The defendant's petition for reargument is denied. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst, John A. MacFayden III*, Asst. Public Defenders, for defendant.

C. A. No. 76-364. STATE v. CHARLES DEROCHE. The defendant's motion for a remand of this case to Superior Court for the purpose of determining whether the defendant is entitled to bail pending appeal, is granted. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst, John A. MacFadyen III*, Asst. Public Defenders, for defendant.

C. A. No. 77-39. STATE v. ROBERT L. TURRISI. The State's motion to dismiss the appeal of the defendant is granted. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *Aram K. Berberian*, for defendant.

C. A. No. 77-89. STATE v. WARREN J. FIFER. The defendant's motion for bail pending appeal is denied, since a motion for bail pending appeal is pending in Superior Court. This case is remanded to Superior Court for the purpose of the aforesaid bail hearing. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *William T. Murphy*, for defendant.